No. 111. DEPARTMENT OF MENTAL HYGIENE OF CALIFORNIA *v.* KIRCHNER, ADMINISTRATRIX. (Certiorari, *ante,* p. 811, to the Supreme Court of California.) The motion of the National Association for Retarded Children, Inc., et al., for leave to file a brief, as *amici curiae,* is granted. *A. Kenneth Pye, John R. Schmertz, Jr.,* and *Bernard D. Fischman* on the motion.

No. 348. LEH ET AL. *v.* GENERAL PETROLEUM CORP. ET AL. (Certiorari, *ante,* p. 877, to the United States Court of Appeals for the Ninth Circuit.) The petitioners are directed to file a response within 20 days to the affidavits filed in opposition to the motion for leave to proceed *in forma pauperis. Maxwell Keith* for petitioners. *Howard Painter, Francis R. Kirkham, William E. Mussman, Thomas E. Haven, George W. Jansen, Jack E. Woods, Moses Lasky, Wayne H. Knight* and *Edmund D. Buckley* for respondents.

No. 291. MINNESOTA MINING & MANUFACTURING Co. *v.* NEW JERSEY WOOD FINISHING Co. (Certiorari, *ante,* p. 877, to the United States Court of Appeals for the Third Circuit.) The motion of Reynolds Metals Co. for leave to file a brief, as *amicus curiae,* is granted. *Lewis C. Green* and *Gustav B. Margraf* on the motion.

No. 710, Misc. TURPIN *v.* MAXWELL, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus and for other relief denied.

No. 619, Misc. CANADY *v.* McGINNIS, CORRECTION COMMISSIONER, ET AL. Motion for leave to file petition for writ of mandamus denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, *William D. Bresinhan,* Assistant Attorney General, and *Julius L. Sackman* for respondents.